Julius Strauss, Appellant, v. Robert Y. Slater and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, on authority of *Wilson* v. *Collins* (119 App. Div. 88); *Penn Oil*

---

* See Code Civ. Proc. chap. 9, tit. 3, art 2; Id. §§ 894–897.— [REP.

† Laws of 1901, chap. 466, § 1543.— [REP.

& *Supply Co., Ltd.*, v. *Cohn* (131 id. 929). Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.